UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAMON P. STEPP, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:13-cv-00683-TWP-MJD |
| REXNORD INDUSTRIES, INC., | ) |
| Defendant. | ) |
| Jay Meisenhelder, | ) |
| Intervenor. | ) |

**ORDER ON PLAINTIFF'S MOTION FOR SEALING OF EMAIL COMMUNICATIONS**

This matter comes before the Court on Plaintiff's Motion for Sealing of Email Communications between Attorney and Client. [Dkt. 79.] For the reasons stated below, the Court **DENIES** the motion.

Plaintiff in this motion asks the Court to seal various emails between Plaintiff and his former counsel. These documents were previously filed with the Court, [Dkt. 75], and thus became part of the "underpinning" of this case on which judicial decisions may be based. *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 545. As such, they are presumptively subject to public inspection "unless they meet the definition of trade secrets or other categories of bona fide long-term confidentiality." *Id.* To establish such confidentiality, a motion must "analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations" for the same. *Id.* at 548.

1

Plaintiff's motion does not meet this standard. Plaintiff provides no explanation, analysis, or legal justification of any kind to support his request, [*see* Dkt. 79 at 1-2], and the Court therefore **DENIES** his motion.

Date: 10/02/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

DAMON P. STEPP
8659 Rockville Road
Indianapolis, IN 46234

Jay Meisenhelder
EMPLOYMENT AND CIVIL RIGHTS LEGAL SERVICES
jaym@ecrls.com

Charles B. Baldwin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
charles.baldwin@odnss.com

Christopher C. Murray
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
christopher.murray@ogletreedeakins.com

Michelle R. Maslowski
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
michelle.maslowski@ogletreedeakins.com